CASE CLOSED

# United States District Court
# Central District of California

| | |
|---|---|
| MICHELLE TRAN,<br><br>            Plaintiff,<br><br>    v.<br><br>KANSAS CITY LIFE INSURANCE COMPANY, a business entity form unknown; DOES 1 through 20, inclusive,<br><br>            Defendants. | Case № 2:15-cv-09963-ODW (RAOx)<br><br>**JUDGMENT** |

On November 12, 2015, Plaintiff Michelle Tran filed a complaint in the Superior Court of California, County of Los Angeles against Defendant Kansas City Life Insurance Company alleging (1) breach of contract, (2) breach of the implied covenant of good faith and fair dealing, (3) declaratory relief, and (4) intentional infliction of emotional distress. (Compl. ¶¶ 24-39, ECF No. 1-2.)  Defendant removed the case to federal court on December 30, 2015.  (ECF No. 1.)  On January 5, 2017, the Court granted Defendant's motion for summary judgment.  (ECF No. 22.)

It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1.     Plaintiff shall recover nothing from Defendant, and her claims against

Defendant are dismissed on the merits and with prejudice;

2. Defendant shall recover costs from Plaintiff as evidenced by a bill of costs.

**IT IS SO ORDERED.**

January 25, 2017

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**